IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN W. PICKFORD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **05-4217-JPG** |
| ) | |
| **BOARD of TRUSTEES of** ) | |
| **SOUTHEASTERN ILLINOIS COLLEGE,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel. **(Doc. 22)**. Defendant filed a response **(Doc. 25)**, and plaintiff then filed a reply **(Doc. 26)**.

This is an action for a common law *writ of certiorari*. Plaintiff was employed by Southeastern Illinois College. He takes issue with the Board's handling of a sexual harassment complaint made against him by a student.

Plaintiff filed his motion to compel on January 12, 2007, after the close of discovery. The motion seeks an order compelling responses to plaintiff's first and second sets of interrogatories.

This districts's local rules require that a party who files a motion to compel put before the court the content of the discovery requests which are in issue. This must be done by either attaching a copy of the discovery requests at issue to the motion, or setting forth a verbatim recitation of the requests. **See, SDIL-LR 26.1(b)(3)**.

Defendant evidently served objections to at least some of the first interrogatories. The

court is obviously unable to determine whether defendant should be ordered to answer plaintiff's discovery requests without knowing the content of the requests and the objections.

The situation is different with respect to the second interrogatories. The are six questions in the second set, and they are quoted in plaintiff's reply, **Doc. 26.** Defendant has not responded at all to the second set.

Upon consideration and for good cause shown, plaintiff's Motion to Compel **(Doc. 22)** is **GRANTED in part and DENIED in part**. The motion is denied as to plaintiff's first set of interrogatories and requests for production, and is granted as to plaintiff's second set of interrogatories. Defendant shall answer plaintiff's second set of interrogatories by **April 9, 2007.**

**IT IS SO ORDERED.**

**DATE: March 28, 2007.**

> s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**