## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN W. PICKFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-4217-JPG |
| | ) | |
| BOARD OF TRUSTEES OF SOUTHEASTERN ILLINOIS COLLEGE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT IN A CIVIL CASE

**Decision of the Court.** This matter having come before the Court on a motion for summary judgment and the Court having rendered its decision,

**IT IS HEREBY ORDERED AND ADJUDGED THAT** judgment is entered in favor of defendant Board of Trustees of Southeastern Illinois College and against plaintiff John W. Pickford; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff John W. Pickford's writ of certiorari is **QUASHED** and that this case is **DISMISSED WITH PREJUDICE**.

**DATED: May 1, 2007.**

                                                **NORBERT G. JAWORSKI, CLERK**

                                                **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   s/J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**